IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERESA COLVIN                                                              PLAINTIFF

VS.                          CASE NO. 2:17CV00178 PSH

NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                                DEFENDANT

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 18th day of July, 2018.

                                                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE